UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6606

JAMES L. PADGETT, JR.,

Plaintiff - Appellant,

versus

RICKY HARRISON, Warden of Kershaw Correctional
Institution; LARRY BATSON, Legal Counsel;
MAJOR NEASMAN; SERGEANT COMMANDER, Contraband
Officer; WOODLY, Librarian Kershaw Correction-
al Institution, South Carolina Department of
Corrections; MRS. CAUTHEN, Property Control;
MRS. GALLOWAY, Grievance Coordinator,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  C. Weston Houck, Chief District
Judge.  (CA-98-1259-6)

Submitted:  August 19, 1999          Decided:  August 26, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

James L. Padgett, Jr., Appellant Pro Se.  Lesli Brown Darwin, SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina, for
Appellees.

--------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Padgett, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Padgett v. Harrison, No. CA-98-1259-6 (D.S.C. Mar. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2